IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JIMMY G. NIXON, SR.,     PLAINTIFF
REG. #12863-116

v.     2:04CV00193 JLH/HDY

LINDA SANDERS, et al.     DEFENDANTS

## **ORDER**

The Court has received findings and recommendations from Magistrate Judge H. David Young. There have been no objections. Therefore, after a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS THEREFORE ORDERED that plaintiff's complaint is hereby DISMISSED without prejudice for failure to exhaust administrative remedies.

IT IS SO ORDERED this __16th__ day of September, 2005.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE